UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :

    -v.-                            :   **INDICTMENT**

STEVEN NEIL,                        :   08 Cr. 555

        Defendant.              :

- - - - - - - - - - - - - - - - X

                        <u>COUNT ONE</u>

    The Grand Jury charges:

    From on or about October 15, 2007, through on or about November 13, 2007, in the Southern District of New York, STEVEN NEIL, the defendant, using a facility and means of interstate commerce, unlawfully, wilfully, and knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, to wit, the defendant, in communications over the Internet, attempted to entice, induce, and persuade an undercover officer posing as a 15 year old girl to meet the defendant for the purpose of engaging in sexual intercourse.

    (Title 18, United States Code, Section 2422(b).)


_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

ORIGINAL