**BRICCETTI, CALHOUN & LAWRENCE, LLP**
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900

FAX (914) 946-5906

July 7, 2008

**MEMO ENDORSED**

**VIA FAX**

Hon. Kenneth Karas
United States Judge
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: <u>United States v. Stephen Neil</u>, 08 Cr. 555 (KMK)

Dear Judge Karas:

I am writing to request permission for Mr. Neil to leave his home on Sunday, July 13 from 11 a.m. to 5 p.m. Mr. Neil is currently released on bail with home detention and electronic monitoring.

The purpose of being outside the home is that there is an open house relating to the prospective sale of his home. He will leave his home at 11 a.m. and travel directly to his son's house located at 226 Van Avenue in Pompton Lakes, New Jersey. He will leave his son's house at 4 p.m. and is expected to be back home at 5 p.m.

Mr. Neil was previously granted permission by Magistrate Judge Fox for this purpose and there were no problems that occurred during Mr. Neil's absence from his home. I have discussed this matter with AUSA Nick McQuaid who has stated that he has no objection to the request.

Thank you for the Court's consideration of this request.

*Granted, but Mr. Neil is to notify Pre-Trial Services when he returns home.*

Respectfully submitted,

Kerry A. Lawrence

SO ORDERED
KENNETH M. KARAS, USDJ
7/7/08

cc: A.U.S.A. Nick McQuaid
    Pretrial Services Officer Scott Kowal