

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

July 30, 2008

**BY HAND**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: **United States v. Steven Neil**
     **08 Cr. 555 (KMK)**

Dear Judge Karas:

The Government respectfully submits this letter to request, with the consent of defense counsel, that the scheduled conference in the above-referenced case be adjourned from July 31, 2008, at 10:00 a.m., until September 3, 2008, at 3:00 p.m.. The parties continue to be engaged in active plea negotiations and anticipate that the matter will be resolved before September 3, 2008. Defense counsel has requested a meeting with the United States Attorney to discuss the charging decisions in this case. We anticipate being able to complete plea negotiations after that meeting.

The Government also requests, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 31, 2008 until September 3, 2008, so that the Government and the defendant may continue to engage in plea negotiations in an effort to resolve the case without the need for trial.

Thank you for your consideration of this matter.

Very truly yours,    *Denied.*

MICHAEL J. GARCIA
United States Attorney

By: _____
Nicholas L. McQuaid
Assistant United States Attorney
(914) 993-1936 (phone)
(914) 993-9036 (fax)

**SO ORDERED**

_____
KENNETH M. KARAS U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

cc:   Kerry A. Lawrence, Esq. (By Fax)